Abel Acosta Clerk      17,562-04   10-10-15

Re Jeffery Lee manns   Trct no C-396-010415-1213452-A
          WR-17-562-04

I want to Notify You That my Address has
Changed I Am now At the Huntsville unit
815 12th Street
Huntsville tx 77348

I Sent a Request to You to Ammend and
ReFile my APPlication for Habeas CorPus
Do to The Fact I Failed To comply With Rule
with Texas Rules of APPellate Procedure 73.1
Do I have to ReFile This with the District
or Can I Send You the Ammended APPlication
What Do I need to Do

Thank You

*[signature]*

Jeff manns # 1751637
Huntsville Unit
815 12th Street
Huntsville tx 77348

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 16 2015
Abel Acosta, Clerk